## Contact

www.linkedin.com/in/ronny-bryant-468b6247 (LinkedIn)

## Top Skills

Commercial Insurance
General Insurance
Casualty

## Certifications

Change Leadership
Unconscious Bias

## Honors-Awards

Vorholt Leadership Award

## Patents

Co-Author of 13 Innovation Patents

# Ronny Bryant

Consulting Services P&C Claims
Bloomington, Illinois, United States

## Summary

I help others understand our strategies and how to align their contributions for optimal impact.  I help others realize their potential and find EOM solutions to improve operational outcomes.

———

## Experience

**State Farm**
14 years

Consultant
November 2012 - Present (12 years 5 months)

Assisting claim teams with quality control and litigation management for nine states. Helping claim teams provide remarkable service.

Leadership Development Associate
November 2012 - November 2013 (1 year 1 month)
Bloomington/Normal, Illinois Area

Property and Casualty Claims, Corporate Headquarters.

Director
April 2011 - December 2012 (1 year 9 months)

Lead the Business Office team which supports the enterprise underwriting department.
We provide analytical, planning, process, communications, budgetary management and other support for the enterprise underwriting department. Serve/have served on numerous special project and study assignments for PCU and the enterprise.

**State Farm Insurance**
6 years

Claim Manager
2007 - 2011 (4 years)

I was responsible for all Fire/HO claims for the Southern Zone (SC, GA, AL, MS).

State Farm
December 2005 - November 2007 (2 years)

Strategic Leadership Consultant/Strategic Resources
Worked with Sr. Leadership to develop optimal growth strategies.

Institute For Naval Oceanography (Naval Oceanographic Office)
Financial Analyst
May 1986 - November 1987 (1 year 7 months)

Provided financial analysis and assisted in preparing and monitoring
budgets.

─────

## Education

Tulane University
MBA, Business · (2000 - 2002)

University of Southern Mississippi
Bachelors, Business · (1982 - 1986)

        

Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Post a job



# Ronny Bryant · 3rd

Consulting Services P&C Claims



- State Farm



- Tulane University

Bloomington, Illinois, United States · **Contact info**

**500+** connections

Message   + Follow   More

## About

I help others understand our strategies and how to align their contributions for optimal impact. I help others realize their potential and find EOM solutions to improve operational outcomes.

## Activity

656 followers

**Ronny hasn't posted yet**
Recent posts Ronny shares will be displayed here.

Show all activity →

## Experience

 **State Farm**
14 yrs

**Consultant**
Nov 2012 - Present · 12 yrs 5 mos

Assisting claim teams with quality control and litigation management for nine states. Helping claim teams provide remarkable service.

**Leadership Development Associate**
Nov 2012 - Nov 2013 · 1 yr 1 mo
Bloomington/Normal, Illinois Area

Property and Casualty Claims, Corporate Headquarters.

**Director**
Apr 2011 - Dec 2012 · 1 yr 9 mos

Lead the Business Office team which supports the enterprise underwriting department. ...



**State Farm Insurance**
5 yrs 2 mos

**Claim Manager**
2007 - 2011 · 4 yrs

I was responsible for all Fire/HO claims for the Southern Zone (SC, GA, AL, MS).

**State Farm**
Dec 2005 - Nov 2007 · 2 yrs
Bloomington/Normal, Illinois Area

Strategic Leadership Consultant/Strategic Resources
Worked with Sr. Leadership to develop optimal growth strategies.

**Financial Analyst**
Institute For Naval Oceanography (Naval Oceanographic Office)
May 1986 - Nov 1987 · 1 yr 7 mos

Provided financial analysis and assisted in preparing and monitoring budgets.

## Education



**Tulane University**
MBA, Business
2000 - 2002

MBA



**The University of Southern Mississippi**
Bachelors, Business
1982 - 1986

BS in Business Administration

## Licenses & certifications



**Unconscious Bias**
LinkedIn
Issued Feb 2021

Show credential 🗗

**Change Leadership**
Prosci

## Volunteering

**Volunteer**
The Build Briggade
Mar 2010 - Mar 2011 · 1 yr 1 mo
Social Services

Helped build a home for a wounded soldier.

## Skills

**Commercial Insurance**

 Endorsed by 13 colleagues at State Farm

 Endorsed by 6 people who know the skill

👥 18 endorsements

**General Insurance**



Endorsed by 11 colleagues at  State Farm

15 endorsements

Show all 24 skills →

## Recommendations

**Received**       Given

**Nothing to see for now**
Recommendations that Ronny receives will appear here.

## Patents

**Co-Author of 13 Innovation Patents**
US

Insurance, smart home and auto applications

## Courses

**Chicago School of Business Strategy**

## Honors & awards

**Vorholt Leadership Award**
Issued by Tulane University · Aug 2002

Associated with Tulane University

Leadership Excellence

## Organizations

**CPCU, CHFC, AIM, AIC, SCLA**
Sep 1995 - Present

## Interests

**Top Voices**       Companies       Groups       Schools

**Jeff Weiner**  · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,420,343 followers

+ Follow

## Causes

Animal Welfare • Economic Empowerment • Education



**T-Priority**

George, you might like to follow T-Priority

When technology affects your job, you need to know. Follow T-Priority

Promoted ···

Follow



**More profiles for you**

**Michael Braaten** · 3rd
Director Emeritus - Enterprise Research at State Farm ®

View profile

**Laurel Straub** · 3rd
Assistant Vice President - State Farm Insurance

View profile

**RJ Blake, CLU, CPCU** · 3rd
Agent at State Farm and Owner, State Farm

View profile

**Allison Bertsche** · 3rd
Corporate Responsibility Director at State Farm ®

View profile

**Tony Romero, CPCU, CLU** · 3rd
Insurance Leader

View profile

Show all



**Explore Premium profiles**

**Katie Willard** in · 2nd
West Virginia Advocate | Strategic Digital Marketer | Purposeful Communicator | People-Driven Leader

+ Follow

**Jenny Levine** in · 2nd
Board Member of The League of Women in Legal

+ Connect

**Lionel Medina** in · 2nd
President at Medina Network Technologies

+ Connect

**Brian Paugh** in · 2nd
President of BK LAND SERVICES AND CONSULTING, LLC

+ Connect

**People you may know**



From Ronny's company

**Taylor Shepherd, ChFC®**
Agent/Owner - Shepherd Agency

👤+ Connect

**Derek Hutcheson**
Insurance Agent at State Farm

👤+ Connect

**CJ Freeman**
Insurance Agent at State Farm

👤+ Connect

**Ashlyn Carr**
Insurance Representative at State Farm

👤+ Connect

**Thomas Smith**
Attorney at State Farm

👤+ Connect

Show all

**You might like**
Pages for you

**Progressive Insurance**
Insurance
251,623 followers

8 connections follow this page

+ Follow

**GEN-Ed**
Education
200 followers

16 connections follow this page

+ Follow

Show all