## Contact

www.linkedin.com/in/don-lusk-0524a927 (LinkedIn)

## Top Skills

Claims Management
Insurance Claims
General Liability

# Don Lusk

Claim Consultant at State Farm Insurance
Bloomington, Illinois, United States

## Summary

Experienced Claims Consultant with a demonstrated history of working in the insurance industry. Strong finance professional skilled in Insurance Claims, Adjustments, Claims Management, Office Administration, and Legal Liability.

———

## Experience

State Farm Insurance
Claim Consultant
August 1982 - Present (42 years 8 months)

Claim Consultant for our Pacific Northwest Zone where I assist our associates in managing complex property and casualty litigation in the states of Nebraska, Iowa, Wisconsin, Minnesota, Montana, North & South Dakota, Washington, Idaho, Oregon, Montana and Hawaii.

BACHS CHOIR NFP
Founder & Executive Director
September 1998 - 2017 (19 years)
Bloomington/Normal, Illinois Area

My wife and I started this non-profit choral group in 1998 to provide music education for home schooling students.  Our goal is to provide a structured and nurturing setting for the students to learn choral music, for the purposes of glorifying God through uplifting choral music.

Our initial choir started with 27 students, growing to over 85 in 4 years.  In 2006, we established a junior choir to better train our 8-12 year old students. An additional choir was added in 2012 due to growth and the need to continue our training program through junior high & high school.

Today, we have over 120 students enrolled in three (3) choirs within our choral program.
Treble Choir ~ ages 8-12
Cantate Choir ~ ages 13 and above

Concert Choir ~ students must audition to participate.

We recently presented our 19th spring concert on May 26th with some 400 people in attendance.
For more information, go to:  www.BACHSchoir.com

Christ Church, PCA Normal, IL
Choir Director
2002 - 2016 (14 years)
Normal, IL

Responsible for preparing Adult Choir for normal worship services; and seasonal services such as Thanksgiving, Christmas Eve, Christmas, Good Friday and Easter Services.

Houston, TX
Casey & Hanning
June 1981 - July 1982 (1 year 2 months)

Recruited individuals with geophysical and seismic process backgrounds for placement with exploration (gas and oil) companies.

Wilmot, Arkansas
Music Teacher at Ashley County School District
December 1978 - May 1981 (2 years 6 months)

Responsible for teaching all general music education classes to high school students, taught Choral Music to Senior and Training Choirs for the School district.

———

# Education

University of Arkansas at Pine Bluff
BA, English, Music · (1975 - 1979)

University of Wisconsin-Madison
Choral Conducting


 🔍  Home  My Network  Jobs  Messaging  Notifications  Me ▾ | For Business ▾  Post a job



## Don Lusk · 3rd
Claim Consultant at State Farm Insurance



- State Farm Insurance



- University of Arkansas at Pine Bluff

Bloomington, Illinois, United States · **Contact info**

**248** connections

Message    + Follow    More

## About

Experienced Claims Consultant with a demonstrated history of working in the insurance industry. Strong finance professional skilled in Insurance Claims, Adjustments, Claims Management, Office Administration, and Legal Liability.

## Activity
247 followers

**Don Lusk** commented on a post • 1mo

Congrats Michael! 🎉

---

**Don Lusk** commented on a post • 4mo

Congrats Steve! 🎉

---

**Don Lusk** commented on a post • 6mo

Congrats Caleb!!

Show all comments →

## Experience



**Claim Consultant**
State Farm Insurance
Aug 1982 - Present · 42 yrs 8 mos

Claim Consultant for our Pacific Northwest Zone where I assist our associates in managing complex property and casualty litigation in the states of Nebraska, Iowa, Wisconsin, Minnesota, Montana, North & South Dakota, Washington, Idaho, Oregon, Montana and Hawaii.

**Founder & Executive Director**
BACHS CHOIR NFP
Sep 1998 - 2017 · 18 yrs 5 mos
Bloomington/Normal, Illinois Area

Case 5:23-cv-00802    Document 150-3    Filed 03/18/25    Page 4 of 7 PageID #: 3049

My wife and I started this non-profit choral group in 1998 to provide music education for home schooling students. Our goal is to provide a  ...see more

   



### Choir Director

Christ Church, PCA Normal, IL

2002 - 2016 · 14 yrs

Normal, IL

Responsible for preparing Adult Choir for normal worship services; and seasonal services such as Thanksgiving, Christmas Eve, Christmas, Good...

### Casey & Hanning

Houston, TX

Jun 1981 - Jul 1982 · 1 yr 2 mos

Recruited individuals with geophysical and seismic process backgrounds for placement with exploration (gas and oil) companies.

### Music Teacher at Ashley County School District

Wilmot, Arkansas

Dec 1978 - May 1981 · 2 yrs 6 mos

Responsible for teaching all general music education classes to high school students, taught Choral Music to Senior and Training Choirs for the School...

## Education



### University of Arkansas at Pine Bluff

BA, English, Music

1975 - 1979

Activities and societies: Alpha Phi Alpha Fraternity, Inc.; Vesper Choir; Student Government Association; Alpha Kappa Mu National Honor Society...

Studied music education and English; served as President of the university Vesper Choir; President of Alpha Phi Alpha Fraternity (Gamma Delta...



### University of Wisconsin-Madison

Choral Conducting

Pursued Master's degree in choral conducting.

## Projects

**BACHS Choir**

Sep 1998 - Present

Show project 🗗

The mission of the Bloomington Area Choir for Home Schoolers is to offer the students of home educating families the opportunity to develop musically, by...

## Volunteering

### Provide music entertainment to several local retirement residences and community events.

Bloomington-Normal, IL; McLean County Republicans; Young at Heart Senior's Group

Feb 2013 - Present · 12 yrs 2 mos

Provided music for luncheon and Christmas entertainment music.

## Skills

**Claims Management**



Endorsed by 5 colleagues at  State Farm

👥  10 endorsements

**Insurance Claims**

Dexter Hebert has given an endorsement for this skill

👥  1 endorsement

Show all 6 skills →

## Recommendations

Received        Given

**Nothing to see for now**

Recommendations that Don receives will appear here.

## Interests

Companies        Newsletters        Schools

**State Farm**
483,057 followers

+ Follow

**University of Wisconsin-Madison**
482,380 followers

+ Follow

Show all companies →

## Causes

Education • Human Rights • Politics

Promoted •••

**Syensqo**

George, keep up with relevant opportunities at Syensqo

Receive daily or weekly company updates

**James** also follows

Follow

**More profiles for you**

**Jared Schaffer** · 3rd
Lead Design Engineer / CAD, GD&T, DFM, Concept to Production // I use my technical expertise and passion for collaboration to help my team brin...

View profile

**Maureen Hasselmann** · 2nd
Claim Consultant at State Farm ®

+ Follow



