## Contact

www.linkedin.com/in/melissa-christie-morales (LinkedIn)

## Top Skills

Business Planning
Consulting
Team Leadership

# Melissa Christie Morales

Senior Business Leader | People Engager | Organizational Risk Strategist | Insurance Claims Consultant
Bloomington, Illinois, United States

## Summary

► WHO I AM…. A strategic business leader and operations risk management strategist with a focus on creating exceptional business results. I plan, steer, and implement business initiatives, risk management strategies, and key projects designed to generate optimum results for organizations. I am an authentic, yet direct, communicator, with excellent interpersonal and creative problem-solving skills.

► MY VALUE PROPOSITION

☞ Keen focus on enterprise/organization success and risk management.
☞ Provide strategic leadership, vision, planning, and direction including company results, investigation and resolution, market conditions, and legal and regulatory frameworks.
☞ Experience in tackling high-level risk exposures by leveraging insurance regulatory and compliance knowledge.
☞ Collaborate with senior leaders, executive, attorneys, and external stakeholders on regulatory business and compliance practices.
☞ Industry expert, key contact, and technical resource providing guidance on legislative, regulatory, and market conduct issues.
☞ Work with internal and external entities to mitigate risk and address market inquiries.
☞ Broad operational experience – executive consulting, graduating levels of claim operations leadership, training, estimatics, public affairs, and litigation.

► KEY STRENGTHS

➡ Drive Enterprise Initiatives
➡ Claims Consultancy & Leadership
➡ Staff Leadership & Direction
➡ Risk Management & Strategy

➡ Business Risk Mitigation
➡ Organization Risk Mitigation
➡ Legal & Regulatory Compliance

► SNIPPETS OF ACHIEVEMENTS

✓ Influenced implementation of technology-driven action plans designed to optimize processes, elevate customer experience standards, and promptly resolve findings by partnering with multiple segments as a quality leader.
✓ Improved customer satisfaction and organizational efficiency through implementation of new technology during the onset of the pandemic (COVID-19).
✓ Empowered management to make performance-driving decisions using data analysis.
✓ Enabled peers to transition into new roles and maximize skills by leading coaching and training activities.
✓ Spearheaded data analysis to identify existing process gaps; drove action that increased the quality and accuracy of claims handling.

► CONTACT ME

While this is only a snapshot, I welcome the opportunity to discuss how I can make an impact in your organization. To request a copy of my résumé and set up a meeting, please contact me at:

☎# 407-489-9599
melissa.morales118@yahoo.com

―――――

## Experience

State Farm ®
24 years 2 months

Claims Consultant
May 2018 - Present (6 years 11 months)
Bloomington, Illinois, United States

In my current role, I lead oversight, philosophy, and standards efforts for the claims organization. Advise and consult key business partners on

issues affecting the business, policy interpretation, litigation including extra-contractual, and risk management exposures. Lead special projects, task force, committees, and industry groups.

My notable accomplishments are as follows….

➡ Built and maintain strong relationships with key internal and external business partners.
➡ Key point of contact and technical resource providing guidance on legislative, regulatory, and market issues.
➡ Implemented technology that mitigated the effects of the COVID-19 pandemic on company operations.
➡ Consulted with state officials regarding state intercept bills.  Discussed impact of the law on the insurance industry and best steps forward for impacted parties.
➡ Crafted on-demand training options for employees towards yearly claim handling philosophy certification.
➡ Led and provided training and coaching activities to leadership to maximize their productivity, potential, and results.
➡ Worked with segments to onboard technology to improve customer experience. Engage with cross-segment teams to develop and implement customer experience strategies aligned with best practices.

Claim Section Manager
November 2008 - May 2018 (9 years 7 months)
Orlando, Florida and Richardson, Texas

In this role, I directed the servicing, processing, and resolution of automobile claims in accordance with company procedures and relevant legal and regulatory guidelines. I advanced organizational productivity and performance goals through active participation in forming, developing, and empowering teams of up to 100+ managers and staff within my assigned areas. Provided oversight for both call centers and complex injury, and litigation areas with a high volume.

In this role, I…

➡ Developed a claims monitoring approach using data analytics. Approach was adopted by several auto and fire claim areas.

➡ Spearheaded and conducted claim operation surveys to determine areas in need of improvement. Evaluated and leveraged survey results to formulate and drive recommendations and action plans towards improving claims quality.

➡ Applied knowledge in company policies, claim procedures, underwriting, automotive repairs and costs and medical terminologies to provide customers with tailored service offerings that satisfy their unique needs.

➡ Increased average employee productivity and engagement levels on the job by leading team mentoring and coaching efforts.

## Developmental Claim Manager
April 2016 - October 2016 (7 months)
Richardson, Texas, United States

In this role, I led and managed 500+ employees including first- and second-line leaders in the Auto claims division. I demonstrated the ability to effectively and tactfully, communicate and inspire at all levels while leading and driving optimal operational results.

In this role, I…

➡ Improved operational results for a large call center claims operation.

➡ Leveraged extensive knowledge of claim policies and regulatory compliance to drive business results.

➡ Built relationships with other departmental business partners, agency, regulators, and representatives of other businesses.

## Public Affairs Assistant Manager
April 2008 - November 2008 (8 months)
Winter Haven, Florida, United States

Led market area team responsible for zone media and community relations as well as regulatory and legislative efforts. Directed complex strategic communication aspects of enterprise and business area initiatives. Developed and executed media strategies, projects, and initiatives. Led teams, set staff expectations, and provided feedback. Represented Public Affairs before senior leaders and State Farm in the industry/community.

➡ Built and nurtured strong and synergic partnerships with cross-functional teams, business partners and external entities to drive achievement of desired operational results.

➡ Optimized public affairs strategies, projects and activities and ensured their consistency with best practices by maintaining and applying up-to-date knowledge of current and emerging technologies relevant to responsibilities.

➡ Anticipated future business requirements in recommending changes to size and patterns, succession plans, organization, workflow assignments, operational reporting structures, and employee training and development needs.

➡ Created and introduced new, outcomes-based metrics to track progress of multiple departmental activities and ensured broad alignment with enterprise goals.

## Claim Team Manager
August 2006 - April 2008 (1 year 9 months)
California and Florida

As a Claims Team Manager, I decided and resolved matters relating to coverage, liability, and damages of a high volume of insurance claims. Directing team efforts towards quality and excellence, I reviewed assigned units' investigations, analyses, evaluations, and claims resolutions. Moreover, I was in charge of hiring, training, developing and coaching claims specialists and associates within my areas of assignment.

My accomplishments include…

➡ Increased average customer satisfaction scores by adopting a proactive approach in resolving escalated inquiries.

➡ Instituted and deployed new metrics to monitor and drive attainment of target outcomes vis-a-vis organizational goals and enhance decision-making processes.

➡ Maintained and promoted an information-driven approach in making final decisions regarding claims, thus ensuring efficient utilization of company resources and compliance with risk management and quality standards.

## Training Manager
February 2001 - August 2006 (5 years 7 months)
Roseville, California, United States

As a Claims Training Team Manager, I organized and facilitated training and professional development activities for claims professionals. To better equip staff with knowledge and skills that can help them drive better results, I created and implemented a long-term training strategy. I also led, supervised, and coached a team of 11-15 direct reports focused on elevating the knowledge of the injury claims staff in California.

Through my efforts, I….

➡ Applied strong knowledge of learning theories, instructional design, evaluation and measurement, performance consulting, and needs and analysis to design and introduce training programs that help maximize team potential.
➡ Promoted consistency and collaboration in organizing teams, crafting workflows, and resolving customer issues.

## Education

California State University-Sacramento
Bachelor of Science - BS, Business Administration and Management, General

 

Home My Network Jobs Messaging Notifications Me ▾ | For Business ▾ Post a job



SENIOR BUSINESS LEADER AND CONSULTANT

HELPING ORGANIZATIONS DEVELOP AND DIRECT ORGANIZATIONAL STRATEGY

## Melissa Christie Morales (She/Her) · 3rd
Senior Business Leader | People Engager | Organizational Risk Strategist | Insurance Claims Consultant


• State Farm ®


• California State University-Sacramento

Bloomington, Illinois, United States · **Contact info**

**321 connections**

Message   **+ Follow**   More

Connect if you know each other   **👤+ Connect**

## About

► WHO I AM…. A strategic business leader and operations risk management strategist with a focus on creating exceptional business results. I plan, steer, and implement business initiatives, risk management strategies, and key projects designed to generate optimum results for organizations. I am an authenti…  …see more

## Activity
322 followers

**Melissa hasn't posted yet**
Recent posts Melissa shares will be displayed here.

Show all activity →

## Experience


**State Farm ®**
Full-time · 24 yrs 2 mos

**Claims Consultant**
May 2018 - Present · 6 yrs 11 mos
Bloomington, Illinois, United States

In my current role, I lead oversight, philosophy, and standards efforts for the claims organization. Advise and consult key business partners on  …see more

**Claim Section Manager**
Nov 2008 - May 2018 · 9 yrs 7 mos
Orlando, Florida and Richardson, Texas

In this role, I directed the servicing, processing, and resolution of automobile claims in accordance with company procedures and  …see more

**Developmental Claim Manager**

Apr 2016 - Oct 2016 · 7 mos

Richardson, Texas, United States

In this role, I led and managed 500+ employees including first- and second-line leaders in the Auto claims division. I demonstrated the ability ...see more

Show all 6 experiences →

## Education



**California State University-Sacramento**

Bachelor of Science - BS, Business Administration and Management, General

## Volunteering



**Board Member**

Junior Achievement of Dallas, Inc.

Jan 2016 - Jan 2017 · 1 yr

## Skills

**Business Planning**

**Consulting**

👥 1 endorsement

Show all 50 skills →

## Interests

Top Voices       Companies       Newsletters



**Netta Jenkins** 🔗 · 3rd

Tech CEO | Beyond Management™ Web-Series Host - 10 Million+ Impressions| TEDx & Keynote Speaker | 2X Published Author | Leadership Consultant

242,095 followers

＋ Follow



**Arianna Huffington** 🔗 · 3rd

Founder and CEO at Thrive Global

9,610,300 followers

＋ Follow

Show all Top Voices →

Ad  •••

George, unlock your full potential with LinkedIn Premium



🟧 Premium

See who's viewed your profile in the last 365 days

Try for Free

**More profiles for you**



**Teresa Candiloro, CPCU** · 3rd+
Claim Consultant, P&C Claims at State Farm Insurance

Message

**Ed Mondragon, CPCU** · 3rd
Property and Casualty Claims Director at State Farm®

View profile

**Chris Evans** · 3rd
Claim Consultant P&C Claims, State Farm Ins. Co.

View profile

**Clyde Kelly, CPCU** · 3rd
Injury Litigation Management

View profile

**Stephanie Dubriel** · 3rd
Guest Claims Manager at Disney Parks & Resorts

View profile

Show all

### Explore Premium profiles

**Denise Potts** · 2nd
Owner

+ Connect

**Jenny Levine** · 2nd
Board Member of The League of Women in Legal

+ Connect

**Brian Paugh** · 2nd
President of BK LAND SERVICES AND CONSULTING, LLC

+ Connect

**Kc Riley Wilson WE INC, World Energy Inc** · 2nd
CEO SAQIB Y TAPAL CEO AIED HAMDAN for World Energy,Inc. Worldwide Edibles, Llc, Women Empowered. non-profit WE, INC. WORLD...

+ Connect

### People you may know
From Melissa's company

**Taylor Shepherd, ChFC®**
Agent/Owner - Shepherd Agency

+ Connect

**Derek Hutcheson**
Insurance Agent at State Farm

+ Connect



**CJ Freeman**
Insurance Agent at State Farm

➕ Connect

**Ashlyn Carr**
Insurance Representative at State Farm

➕ Connect

**Thomas Smith**
Attorney at State Farm

➕ Connect

Show all

**You might like**
Pages for you

**Progressive Insurance**
Insurance
251,617 followers

8 connections follow this page

➕ Follow

**GEN-Ed**
Education
200 followers

16 connections follow this page

➕ Follow

Show all