## Contact

www.linkedin.com/in/nicki-millan-904751124 (LinkedIn)

## Top Skills

Insurance
Claims Management
Property & Casualty Insurance

## Languages

English

## Certifications

Charted Financial Consultant (ChFC)
Chartered Life Underwriter (CLU)
Chartered Property and Casualty Underwriter (CPCU),

# Nicki Millan

Claims Consultant at State Farm Insurance Company
Bloomington, Illinois, United States

## Summary

More than 30 years of extensive insurance industry experience; working for the number one Property & Casualty Insurer in the United States with 14 years of management experience, working across business units and communicating with all levels in the company; driving business results; exceeding customer expectations; engaging teams and developing teams

•Proficient auto claims experience in leadership, complex policy contracts interpretation and litigation.
•Understanding and managing multiple jurisdictions across the country.
•Developing and implementing resolution strategies through negotiations to achieve high quality outcomes.
•Driving business results by analyzing trends for profitability and growth.

___

## Experience

State Farm Insurance Company
Claims Consultant
February 2013 - Present (12 years 2 months)

Reporting to the corporate director; serve as a contract and technical resource on auto policy interpretation,  working cross functionally with legal; external defense firms; and various levels of field management; claim process managers; and data analyst; handling coverage issues within prescribed authority levels, extra-contractual litigation management, and claim procedures; build and maintain strong relationships with key business partners and executive leadership; provide guidance on legislative, regulatory, and market conduct inquiries.

•Analyze claim trends such as frequency and severity using data from various resources and provide strategic solutions that impact the trends to align with organizational goals.

•Utilize strong analytical skills to formulate recommendations to improve claim handling performance and efficiency consistent with company customer service commitments.

•Co-led the implementation of new processes to modernize claim handling methodology and claim file documentation;  standardized work practices and promoted consistency for over 3,500 injury claim handlers and leaders within the organization.

•Co-led an enterprise wide implementation of electronic billing of invoices from defense attorney law firms; partnered with vendor to integrate billing tool with State Farm's system; allowing for a better analysis of $7 million annual legal spend; tool was more efficient in reviewing legal invoices and payment issuance.

State Farm Insurance
21 years 2 months

Leadership Development Associate
November 2011 - February 2013 (1 year 4 months)

Reporting to senior vice president and operation vice president for southern zone; prepared and managed the zone's multi-million dollar budget; was responsible for the monthly deep dive understanding of budget elements trending above or below target; worked with leaders on how to increase employee satisfaction.

•Created and implemented a strategy for senior zone executives to increase engagement of over 2,000 employees and leadership during a major transition; listen to and learned employees challenges and provided information and solutions on how to increase engagement.

Customer Response Center Director
January 2009 - November 2011 (2 years 11 months)

Reporting to the Assistant Vice President set and provided strategic direction and vision to achieve organizational and department goals; managed a budget of $15 million; aligned management and resources in support of these goals and vision; responsible for leading and the performance management of over 300 employees in a 24/7 contact center environment; established a structured process to identify top talent and develop their skills to compete for professional level jobs within the organization.

•Directed, led, and coordinated efforts with an outside consulting firm to introduce Excellence in Operations Management; developed new processes

and procedures that yielded significant efficiency gains as well as a positive customer experience.

•Led the quality assurance program that included three contact center site locations and over 900 employees; responsible for establishing the vision, implementing the strategy and leading virtual leaders to achieve customer service results through call evaluations, coaching and process improvement.

•Collaborated with business partners in Property & Casualty Claims and identified five new call services; over 10,000 calls per month impacted; improved customer call resolution and improved efficiencies for the claims department.

## Auto Claims Management
March 1997 - January 2009 (11 years 11 months)
TX, LA, MO, MI

Held roles with increasing responsibilities; supervised claims; handled professionals at all levels including hiring, training, coaching, development and salary administration; demonstrated in-depth knowledge of and compliance with company policies, federal/state laws, and repair techniques and cost; reviewed claim files to provide guidance on quality claim handling, investigation, and resolutions.

•Recommended  suggestions to improve quality, workflow, and current policies and procedures.

•Developed partnership with internal and external departments and ensured a quality customer experience.

## Auto Claims Representative
January 1992 - March 1997 (5 years 3 months)

──────

# Education

Murray State University
Bachelor of Science (B.S.), Business/Finance · (1987 - 1991)

Owensboro High School

  Home My Network Jobs Messaging Notifications Me ▾ For Business ▾ Post a job



## Nicki Millan · 2nd
Claims Consultant at State Farm Insurance Company

- State Farm Insurance Company

- Murray State University

Bloomington, Illinois, United States · Contact info

**135** connections

Connect  Message  More

## About

More than 30 years of extensive insurance industry experience; working for the number one Property & Casualty Insurer in the United States with 14 years of management experience, working across business units and communicating with all levels in the company; driving business results; exceeding customer expectations; engaging teams and developing teams

•Proficient auto claims experience in leadership, complex policy contracts interpretation and litigation.
•Understanding and managing multiple jurisdictions across the country.
•Developing and implementing resolution strategies through negotiations to achieve high quality outcomes.
•Driving business results by analyzing trends for profitability and growth.

## Activity
142 followers

**Nicki hasn't posted yet**
Recent posts Nicki shares will be displayed here.

Show all activity →

## Experience

### Claims Consultant
State Farm Insurance Company
Feb 2013 - Present · 12 yrs 2 mos
Bloomington/Normal, Illinois Area

Reporting to the corporate director; serve as a contract and technical resource on auto policy interpretation, working cross functionally with legal; external defense firms; and various levels of field management; claim process managers; and data analyst; handling coverage issues within prescribed authority levels, extra-contractual litigation management, and claim procedures; build and maintain strong relationships with key business partners and executive leadership; provide guidance on legislative, regulatory, and market conduct inquiries.

•Analyze claim trends such as frequency and severity using data from various resources and provide strategic solutions that impact the trends to align with organizational goals.
•Utilize strong analytical skills to formulate recommendations to improve claim handling performance and efficiency consistent with company customer service commitments.
•Co-led the implementation of new processes to modernize claim handling methodology and claim file documentation; standardized work practices and promoted consistency for over 3,500 injury claim handlers and leaders within the organization.
•Co-led an enterprise wide implementation of electronic billing of invoices from defense attorney law firms; partnered with vendor to integrate billing tool with State Farm's system; allowing for a better analysis of $7 million annual legal spend; tool was more efficient in reviewing legal invoices and payment issuance.

**State Farm Insurance**
21 yrs 2 mos

**Leadership Development Associate**
Nov 2011 - Feb 2013 · 1 yr 4 mos
Greater Atlanta Area

Reporting to senior vice president and operation vice president for southern zone; prepared and managed the zone's multi-million dollar budget; was...

**Customer Response Center Director**
Jan 2009 - Nov 2011 · 2 yrs 11 mos
Bloomington/Normal, Illinois Area

Reporting to the Assistant Vice President set and provided strategic direction and vision to achieve organizational and department goals;...

**Auto Claims Management**
Mar 1997 - Jan 2009 · 11 yrs 11 mos
TX, LA, MO, MI

Held roles with increasing responsibilities; supervised claims; handled professionals at all levels including hiring, training, coaching, development...

Show all 4 experiences →

## Education

 **Murray State University**
Bachelor of Science (B.S.), Business/Finance
1987 - 1991

**Owensboro High School**
Activities and societies: Student Government

## Licenses & certifications

**Charted Financial Consultant (ChFC)**

**Chartered Life Underwriter (CLU)**

Show all 3 licenses & certifications →

## Volunteering



**Volunteer**
YWCA McLean County
Aug 2015 - Present · 9 yrs 8 mos
Economic Empowerment

Co-chairperson McLean County Equal Pay Coalition

**Member**
League of Women Voters
Aug 2016 - Present · 8 yrs 8 mos
Politics

## Skills

**Insurance**

Endorsed by Guerry Wooten who is highly skilled at this

Endorsed by 2 colleagues at State Farm

2 endorsements

**Claims Management**

Endorsed by 2 colleagues at State Farm

2 endorsements

Show all 7 skills →

## Languages

English

## Interests

Top Voices     Companies     Groups     Schools

**Stacey A. Gordon, MBA** in · 3rd
Bias Disruptor ◆ Unapologetic Evangelist for Inclusion ◆ Top Voice in
Gender Equity ◆ Global Keynote Speaker ◆ I do DEI differently - Disrupt,
Evolve & Innovate
90,355 followers

+ Follow

**Promoted** •••

**T-Priority**

George, you might like to follow T-Priority

When technology affects your job, you need to
know. Follow T-Priority

Follow

**More profiles for you**

**Martin Cantu, JD, CPCU, CLU** · 3rd
Insurance Operations Leader/ Director and Attorney at Law

View profile



**Millicent Roth** · 3rd
Vice President of Operations with a background in insurance, legal strategy, litigation, diversity & inclusion, and project management.

\+ Follow

**Tiphanie DeWitt** · 3rd
Claim Consultant at State Farm

View profile

**Schuyler Schupbach** · 3rd
Vice President - Enterprise Technology

View profile

**Eric Ciesielski** · 3rd
Vice President -Counsel at State Farm ®

View profile

Show all

**Explore Premium profiles**

**Julia Stancil** · 2nd
Stancil Law Firm, LLC

＋ Connect

**Lionel Medina** · 2nd
President at Medina Network Technologies

＋ Connect

**Brian Paugh** · 2nd
President of BK LAND SERVICES AND CONSULTING, LLC

＋ Connect

**Kc Riley Wilson WE INC, World Energy Inc** · 2nd
CEO SAQIB Y TAPAL CEO AIED HAMDAN for World Energy,Inc. Worldwide Edibles, Llc, Women Empowered. non-profit WE, INC. WORLD...

＋ Connect

**People you may know**
From Nicki's industry

**Connor Michaels**
Producer at Fahey-Leavitt Insurance

＋ Connect

**Jeff Knight**
President at The Health Plan (THP)

＋ Connect

**Christopher Bucon**
Vice President at Paree Insurance Centers

＋ Connect



**David Mathieu**
Sr. V.P. Underwriting & Regulatory Services, The Health Plan

&#x2B; Connect

**Jen Forgét**
--

&#x2B; Connect

Show all