IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TERRY VANOVER,

        **Plaintiff,**

vs.                                                                    Civil Action No. 5:23-cv-00802

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *ET AL.*,

        **Defendants.**

## ORDER

Pending before the Court is the Plaintiff's *Second Motion to Compel Full and Complete Answers to Plaintiff's First Interrogatories and Requests for Production from Defendant State Farm Mutual Automobile Insurance Company* (ECF No. 90). During the hearing before the undersigned on March 20, 2025 (See ECF No. 155), the Plaintiff and Defendant State Farm represented that there were outstanding issues that the parties were unable to resolve, but were agreeable to *in camera* review of the withheld discovery materials. Defendant State Farm has since provided to the undersigned and his law clerk via email those withheld materials, and after having reviewed same, the undersigned **FINDS** none of this information is relevant nor proportional to the needs of the Plaintiff's claims in this action. Accordingly, as to the remaining outstanding discovery specified in the Plaintiff's *Second Motion to Compel Full and Complete Answers to Plaintiff's First Interrogatories and Requests for Production from Defendant State Farm Mutual Automobile Insurance Company* (ECF No. 90) is hereby **DENIED**.

In accordance with Rule 72(a) of the Federal Rules of Civil Procedure, the parties may contest the ruling set forth above on this non-dispositive Motion by filing its objections to same within 14 days with District Judge Frank W. Volk. If objections are filed, the District Judge will

consider the objections and modify or set aside any portion of the Order found clearly to be erroneous or contrary to law.

The Clerk is hereby directed to transmit a copy of this Order to counsel of record.

ENTER: April 4, 2025



Omar J. Aboulhosn
United States Magistrate Judge