| Time | Type | To | Details |
|---|---|---|---|
| 12/05/2022 11:19 AM | text | customer | Please respond directly to this message with the photos! |
| 12/04/2022 9:46 PM | text | Snapsheet | I have some photos I'm not sure how or where to send them |
| 10/31/2022 2:34 PM | Email Sent | statefarmclaims@statefarm.com | Please contact TERRY VANOVER with other means to obtain an estimate. The customer has not submitted photos of their vehicle's damage. If TERRY VANOVER decides to continue with a virtual appraisal please reply to this email and we can re-engage with the customer. |
| 10/31/2022 2:34 PM | text | customer | This is a reminder from the Appraisal Team to submit photos of your vehicle today so that we can complete your estimate as soon as possible. Thanks! |
| 10/28/2022 5:49 PM | text | Snapsheet | I should be home next week ok |
| 10/28/2022 9:40 AM | phone | customer | VO in the hospital will send photos when they're discharged. Setting follow up. |
| 10/28/2022 9:40 AM | text | customer | Thank you for the update. We look forward to receiving your photos when you've recovered and you're able to send them. Thank you! |
| 10/28/2022 7:02 AM | text | customer | Hi! State Farm appraisal team here. Please remember to submit your vehicle photos as soon as possible. You can reply to this message with the photos. |
| 10/27/2022 4:35 PM | text | Snapsheet | I'm so sorry but I'm in the hospital right now as soon as I get home I'll get this done ok sorry |
| 10/27/2022 4:30 PM | text | customer | Appraisal Team here! Please reply with a photo of your VIN, Model #, Odometer (if applicable), 4 Corners, and photos documenting all damage.Thanks! |
| 10/27/2022 4:30 PM | phone | customer | OBC 3047198685 LVM w/CB# and Claim# to obtain photos |
| 10/26/2022 7:02 AM | text | customer | Hi! State Farm appraisal team here. Please remember to submit your vehicle photos as soon as possible. You can reply to this message with the photos. |
| 10/25/2022 7:02 AM | text | customer | Hi! State Farm appraisal team here. Please remember to submit your vehicle photos as soon as possible. You can reply to this message with the photos. |
| 10/24/2022 12:18 PM | phone | customer | OBC 3046828685 SW Terry RV is located at home MOI text unsure of time frame Cust will submit photos via text no SOC f/U with cust in a couple of days she needs to find someone to take the photos |
| 10/24/2022 12:15 PM | phone | customer | OBC 3047198685 LVM w/CB# and Claim# to obtain photos |
| 10/24/2022 12:14 PM | text | customer | If you have any questions, please respond to this message or call us back at 309-423-3410. |
| 10/24/2022 12:14 PM | text | customer | Appraisal Team here! Please reply with a photo of your VIN, Model #, Odometer (if applicable), 4 Corners, and photos documenting all damage.Thanks! |
| 10/21/2022 7:04 AM | phone | customer | Left a V/M 3047198685 |
| 10/21/2022 7:03 AM | text | customer | Please send your photos 2-3 at a time. Thanks! |
| 10/21/2022 7:03 AM | text | customer | Appraisal Team here! Please reply with a photo of your VIN, Model #, Odometer (if applicable), 4 Corners, and photos documenting all damage.Thanks! |