| Time | Type | To | Details |
|---|---|---|---|
| 09/15/2023 5:20 PM | email | other | set fu |
| 09/15/2023 5:19 PM | Email Sent | sssphotos@cccis.com | Photos attached |
| 09/15/2023 5:19 PM | phone | vendor | ccc acv ref # 115110116 ((24- 48 hr for value ) |
| 09/15/2023 3:28 PM | phone | adjuster | IBC from SF : spoke to Joyce () advised need photos of unit to support frnt end dmg per shop sheet. reviewed the tow $ amt and that it would be taken into consideration on the back end . run acv for value.24-48 hrs |
| 09/15/2023 3:17 PM | phone | adjuster | ibc from adj, transferred estimator to adj for assistance. |
| 09/13/2023 11:54 AM | other | adjuster | set f/u |
| 09/11/2023 11:35 AM | other | adjuster | st f/u |
| 09/11/2023 11:34 AM | phone | adjuster | obc to SF : (855)341-8184 : review w/ SF on how they want the claim handled . shop quoting 20k for towing (( PTL w. tow included )) repair estimated with limited photos just under 10k w/ no supporting docs. ( claim handler w. SF :Joyce Thomas : ph # 844-292-8615 ( 972-744-1844 ? rep no sure )) LM for call back - claim on hold until directive provided by SF - |
| 09/11/2023 10:59 AM | text | customer | Appraisal Team here! Please reply with a photo of your 4 Corners, and photos documenting all damage.Thanks! |
| 09/11/2023 7:32 AM | Email Sent | bamsalesllc12@startmail.com | Hello Bam Sales Llc D.B.A. Jennings Rv Sales,<br><br>This is a reminder to please submit the documentation listed below for TERRY VANOVER's 2014 Keystone MOUNTAINEE so that we can process your open supplement request:<br><br>Photos of exterior of unit , Photos to support shop estimate.<br><br>To submit the requested documentation, you can either simply reply to this email with the documents attached, or submit them through our portal at https://shops.snapsheet.me.<br><br>If you have any questions or concerns please contact me at 3126688071.<br><br>Thank you,<br><br>Victoria Echevarria<br>Snapsheet Estimating Department |