| Time | Type | To | Details |
|---|---|---|---|
| 09/08/2023 12:33 PM | Email Received | core+Assignment+2923643+pdfimages@snapsheet.me | Thanks, Snapsheet Supplement Department Supplement Support Hotline-312-906-7462 Fax-888-683-0403 www.snapsheet.me/supplements ---------- Forwarded message --------- From: HOME CLMS-STATEFARMCLAIMS Date: Wed, Sep 6, 2023 at 2:08PM Subject: 48-40L8-41C To: suppdocs@snapsheet.me Thank you, |
| 09/08/2023 11:34 AM | phone | adjuster | IBC from adj, advised of contact and handling of est. |
| 09/08/2023 11:33 AM | phone | adjuster | IBC from adj, advised of contact on file and handling of supp. |
| 09/08/2023 9:47 AM | email | shop | set f/u |
| 09/08/2023 9:45 AM | text | customer | Appraisal Team here! Please reply with a photo of your 4 Corners, and photos documenting all damage.Thanks! |
| 09/08/2023 9:35 AM | phone | shop | obc to shop : 3043450346 PIC bill : n/a to email for photos. |
| 09/08/2023 9:31 AM | Email Sent | statefarmclaims@statefarm.com | State Farm, Please see the attached tow bill for the above claim. Per notes on tow bill the unit has a broken weld on the hitch causing such a high bill due to the hazard. Please reach out to the shop for any questions and for payment on the bill. Regards, Jessica Younger Estimator Snapsheet, Inc. |
| 09/06/2023 2:00 PM | phone | adjuster | IB call for SF sw cierra requesting status of supp adv still waiting to be assigned and also waiting for supporting docs for supp adj will send docs to suppdocs inbox |

SNAPSHEET-000086