| Time | Type | To | Details |
|---|---|---|---|
| 09/22/2023 12:22 PM | phone | adjuster | OBC to SF : SF handling rep Joyce Thomas 972-744-1844 - Joyce talking w. TL dept and determine on decision of TL and if they are or are not going to incl 20 k tow fee - advised i will pend out until i get directive from SF - |
| 09/19/2023 7:02 PM | email | shop | sent to carrier for PTL |
| 09/19/2023 7:02 PM | Email Sent | statefarmclaims@statefarm.com | State Farm, Snapsheet has received a supplement for the referenced claim number. Based on the updated estimated cost of repair, we have completed a valuation to determine the ACV. This amount has not exceeded the total loss threshold, however we are considering this 2014 Keystone MOUNTAINEE a potential total loss based on the information below: Vehicle is a potential total loss, based on the following: $30,749.12 is the potential cost to repair this 2014 Keystone MOUNTAINEE. This amount is based on: $9,749.12 Estimate Amount $21,000.00 Potential Hidden Damage ( 20k for tow to shop per shop estimate ) The total loss threshold was determined using the following: $31,671.00 ACV $0.00 Salvage Return $23,753.25 Total Loss Threshold (State) Repair Facility: Bam Sales Llc D.B.A. Jennings Rv Sales 506 MOUNT HOREB RD Princeton, WV 24739 304-487-0495 Please advise if we should proceed as repairable or deem a constructive total loss. The repair facility has stopped repairs pending a response. Regards, Victoria Echevarria Snapsheet Supplement Department Snapsheet, Inc. |