**ALL SUPPLEMENTS REQUIRE PRIOR APPROVAL**

TO FILE A SUPPLEMENT PLEASE VISIT THE FOLLOWING
WEBSITE: SHOPS.SNAPSHEET.ME
For questions or assistance please call
(312) 548-6940
CHICAGO, IL 60654

Workfile ID: d08b21f3

For:

**STATE FARM INSURANCE COMPANIES**

STATE FARM - ALL

## Supplement of Record 1 with Summary

**Owner: VANOVER, TERRY**  **Job Number:**

Written By: Victoria Echevarria
Adjuster: Team, Express, (855) 341-8184 Business

| | | | |
|---|---|---|---|
| Insured: | VANOVER, TERRY | Policy #: | Claim #: 48-40L8-41C01 |
| Type of Loss: | Collision | Date of Loss: 10/1/2022 1:00 PM | Days to Repair: 15 |
| Point of Impact: | 16 Non-Collision | | |

**Owner:**
VANOVER, TERRY
PO BOX 139
CLEAR FORK, WV 24822
(304) 719-8685 Cell
(304) 682-8685 Evening

**Inspection Location:**
BAM SALES LLC D.B.A. Jennings RV Sa
506 Mount Horeb Rd
Princeton, WV 24739
Repair Facility
(304) 487-0495 Business

**Repair Facility:**
BAM SALES LLC D.B.A. Jennings RV Sa
506 Mount Horeb Rd
Princeton, WV 24739
(304) 487-0495 Business

### VEHICLE

2014 KEYS MOUNTAINEE White

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 4YDF34526E4730009 | Production Date: | 4/2014 | Interior Color: | |
| License: | NA | Odometer: | | Exterior Color: | White |
| State: | | Condition: | Good | | |

## Supplement of Record 1 with Summary

**Owner: VANOVER, TERRY**  **Job Number:**

2014 KEYS MOUNTAINEE White

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | # | | | 2014 Mountainee | | 1 | | | |
| 2 | # | | | | | | | | |
| 3 | # | | Rpr | Interior Closet Side Panel | | | | 2.0 | |
| | | | | Note: to align and repair | | | | | |
| 4 | # | | Repl | Nails | | 1 | 15.00 | Incl. | |
| | | | | Note: lowes.com | | | | | |
| 5 | # | S01 | R&I | Front cap | | | | 12.0 | |
| 6 | # | S01 | R&I | Insulation | | | | 3.0 | |
| 7 | # | S01 | R&I | Luan | | | | 4.0 | |
| 8 | # | S01 | R&I | Rgt and left vertical moldigns | | | | 3.0 | |
| 9 | # | S01 | R&I | Upper and lower lap seals | | | | 3.0 | |
| 10 | # | S01 | R&I | Hitch | | | | 4.0 | |
| 11 | # | S01 | R&I | Compartment doors | | | | 5.0 | |
| 12 | # | S01 | R&I | Marker lights | | | | 1.3 | |
| 13 | # | S01 | Repl | Aluminum structure | | 1 | 1,000.00 | 14.5 | |
| 14 | # | S01 | Repl | Welding supplies | | 1 | 250.00 | | |
| 15 | # | S01 | Repl | Shop supplies | | 1 | 260.00 | | |
| 16 | # | S01 | Repl | Decals | | 1 | | 4.0 | |
| 17 | # | S01 | Repl | nonsag sealant | | 3 | 35.55 | | |
| 18 | # | S01 | Repl | Sealant | | 6 | 119.88 | 4.0 | |
| 19 | # | S01 | Repl | Butyl tape | | 3 | 41.85 | | |
| 20 | # | S01 | Repl | Freight /crate subject to vendor invoice | | 1 | | | |
| | | | | **SUBTOTALS** | | | **1,722.28** | **59.8** | **0.0** |

### NOTES

Estimate Notes:
OEM Part pricing per Duncan Estimating Global Average Pricing. Estimate Flat Rate Labor times derived from Duncan Estimating for Specialty vehicle model database.
Price adjustment subject to invoice

Prior Damage Notes:
None seen

**Supplement of Record 1 with Summary**

**Owner: VANOVER, TERRY**  **Job Number:**

2014 KEYS MOUNTAINEE White

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 1,722.28 |
| Body Labor | 59.8 hrs | @ | $ 125.00 /hr | 7,475.00 |
| Subtotal | | | | 9,197.28 |
| Sales Tax | $ 9,197.28 | @ | 6.0000 % | 551.84 |
| **Total Cost of Repairs** | | | | **9,749.12** |
| Deductible | | | | 250.00 |
| **Total Adjustments** | | | | **250.00** |
| **Net Cost of Repairs** | | | | **9,499.12** |

Register online to check the status of your claim and stay connected with State Farm®. To register, go to http://www.statefarm.com/
and select Check the Status of a Claim.  If you are already registered, thank you!

## Supplement of Record 1 with Summary

**Owner: VANOVER, TERRY**  **Job Number:**

2014 KEYS MOUNTAINEE White

### SUPPLEMENT SUMMARY

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| **Added Items** | | | | | | | | | |
| 5 | # | S01 | R&I | Front cap | | | | 12.0 | |
| 6 | # | S01 | R&I | Insulation | | | | 3.0 | |
| 7 | # | S01 | R&I | Luan | | | | 4.0 | |
| 8 | # | S01 | R&I | Rgt and left vertical moldigns | | | | 3.0 | |
| 9 | # | S01 | R&I | Upper and lower lap seals | | | | 3.0 | |
| 10 | # | S01 | R&I | Hitch | | | | 4.0 | |
| 11 | # | S01 | R&I | Compartment doors | | | | 5.0 | |
| 12 | # | S01 | R&I | Marker lights | | | | 1.3 | |
| 13 | # | S01 | Repl | Aluminum structure | | 1 | 1,000.00 | 14.5 | |
| 14 | # | S01 | Repl | Welding supplies | | 1 | 250.00 | | |
| 15 | # | S01 | Repl | Shop supplies | | 1 | 260.00 | | |
| 16 | # | S01 | Repl | Decals | | 1 | | 4.0 | |
| 17 | # | S01 | Repl | nonsag sealant | | 3 | 35.55 | | |
| 18 | # | S01 | Repl | Sealant | | 6 | 119.88 | 4.0 | |
| 19 | # | S01 | Repl | Butyl tape | | 3 | 41.85 | | |
| 20 | # | S01 | Repl | Freight /crate subject to vendor invoice | | 1 | | | |
| | | | | **SUBTOTALS** | | | **1,707.28** | **57.8** | **0.0** |

### RATE CHANGES

Body Labor    (Est)    2.0 hrs  @    $ 45.00 /hr    ( 80.00    to    125.00 )  =    90.00

### CHANGES TO ADJUSTMENTS

## Supplement of Record 1 with Summary

**Owner: VANOVER, TERRY**  **Job Number:**

2014 KEYS MOUNTAINEE White

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 1,707.28 |
| Body Labor | 57.8 hrs | @ | $ 125.00 /hr | 7,225.00 |
| Additional Supplement Labor | | | | 90.00 |
| Subtotal | | | | 9,022.28 |
| Sales Tax | $ 9,022.28 | @ | 6.0000 % | 541.34 |
| **Total Supplement Amount** | | | | **9,563.62** |
| **NET COST OF SUPPLEMENT** | | | | **9,563.62** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 185.50 | Michael Gutierrez |
| Supplement S01 | 9,563.62 | Victoria Echevarria |
| **Workfile Total:** | **$ 9,749.12** | |
| **TOTAL ADJUSTMENTS:** | **$ 250.00** | |
| **NET COST OF REPAIRS:** | **$ 9,499.12** | |

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

Supplement of Record 1 with Summary

**Owner: VANOVER, TERRY** **Job Number:**

2014 KEYS MOUNTAINEE White

**\*\*\*\*\*INSURANCE COMPANY DISCLOSURES AND CUSTOMER NOTIFICATIONS\*\*\*\*\***

**ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.**

**THE FOLLOWING DISCLOSURE APPLIES TO THOSE PARTS IDENTIFIED AS NON-OEM ON THE ESTIMATE:**

**THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS THAT ARE NOT MANUFACTURED BY THE ORIGINAL MANUFACTURER OF THE VEHICLE OR BY A MANUFACTURER AUTHORIZED BY THE ORIGINAL MANUFACTURER TO USE ITS NAME OR TRADEMARK. THE USE OF AN AFTERMARKET CRASH PART MAY INVALIDATE ANY REMAINING WARRANTIES OF THE ORIGINAL MANUFACTURER ON THAT CRASH PART.**