| Time | Type | To | Details |
|---|---|---|---|
| 09/28/2023 9:12 AM | Email Sent | statefarmclaims@statefarm.com | State Farm, <br><br> Snapsheet has received a supplement for claim # 48-40L8-41C01. The supplement amount has increased the repair cost to $9,749.12, which would now make the 2014 Keystone MOUNTAINEE a total loss. <br><br> Vehicle is a potential total loss, based on the following: <br> $30,749.12 is the potential cost to repair this 2014 Keystone MOUNTAINEE. <br><br> This amount is based on: <br> $9,749.12 Estimate Amount <br> $21,000.00 Potential Hidden Damage <br><br> The total loss threshold was determined using the following: <br> $31,671.00 ACV <br> $0.00 Salvage Return <br> $23,753.25 Total Loss Threshold (State) <br><br> Repair Facility: <br> Bam Sales Llc D.B.A. Jennings Rv Sales <br> 506 MOUNT HOREB RD <br> Princeton, WV 24739 <br> 304-487-0495 <br><br> We have notified the repair facility and advised not to proceed with repairs. Please respond to this email to confirm you have received this information and will be processing the 2014 Keystone MOUNTAINEE as a total loss. <br><br> Regards, <br> Victoria Echevarria <br> Snapsheet Supplement Department <br> Snapsheet, Inc. |
| 09/28/2023 9:06 AM | phone | adjuster | OBC to SF : SF handling rep Joyce Thomas 972-744-1844 ( T7F9) she advised the claim is being handled by the Total loss team , okay to lock ccc estimate and upload as TL. |
| 09/22/2023 12:24 PM | other | adjuster | set f.u |

SNAPSHEET-000083